AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Mulgrew, as President of the United Federation Of Teachers, Local 2, American Federation of Teachers, Afl-Cio, Vito J. Fossella, individually and in his capacity as Staten Island Borough President, Paul Caminiti, Troy Mcghie, Martha Mazier, Carly Bianchini, Hannah Choi, Frank Garcia, Lindsey Lampf, <br><br>*Plaintiff(s)* <br><br>v. <br><br>United States Department Of Transportation, Federal Highway Administration, Shailen Bhatt, in his official capacity as Administrator of the Federal Highway Administration, Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the Metropolitan Transit Authority, the Triborough Bridge And Tunnel Authority, the New York State Department Of Transportation, the New York City Department Of Transportation <br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00081-DG-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  [SEE ATTACHMENT OF LIST OF DEFENDANTS]


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alan M. Klinger
> Dina Kolker
> David Kahne
> STEPTOE LLP
> 1114 Avenue of the Americas New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/10/2024

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00081-DG-JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------ X
Michael Mulgrew, as President of the United :
Federation Of Teachers, Local 2, American :
Federation of Teachers, Afl-Cio, Vito J. Fossella, :
individually and in his capacity as Staten Island :
Borough President, Paul Caminiti, TROY Mcghie, :
Martha Mazier, Carly Bianchini, Hannah Choi, :
Frank Garcia, Lindsey Lampf, :
                                                : Civil Case No. 1:24-cv-00081-DG-JAM
                      Plaintiffs, :
                                                  :
         - against - :

United States Department Of Transportation, :
Federal Highway Administration, Shailen Bhatt, in :
his official capacity as Administrator of the Federal :
Highway Administration, Richard J. Marquis, in his :
official capacity as Division Administrator of the :
New York Division of the Federal Highway :
Administration, the Metropolitan Transit Authority, :
the Triborough Bridge And   Tunnel Authority, the :
New York State Department Of Transportation, the :
New York City Department Of Transportation :
                      Defendants. :
------------------------------------ X

1

**LIST OF DEFENDANTS**

**United States Department of Transportation**
Attn: Office of the General Counsel
Southeast Federal Center Building
1200 New Jersey Avenue, SE
Room W92-312
Washington, DC 20590

**Federal Highway Administration**
Attn: Office of the Chief Counsel
Southeast Federal Center Building
1200 New Jersey Avenue, SE
Room E82-330
Washington, DC 20590

**Shailen Bhatt**
Administrator of the Federal Highway Administration
Federal Highway Administration
Southeast Federal Center Building
1200 New Jersey Avenue, SE
Room E87-314
Washington, DC 20590

**Richard Marquis**
Division Administrator of the New York Division of the Federal Highway Administration
Federal Highway Administration
New York Division Office
Lee W. O'Brien Federal Building
I IA Clinton Avenue
Room 719
Albany, NY 12207

**Metropolitan Transit Authority**
Legal Department
2 Broadway
New York, New York 10004

**Triborough Bridge and Tunnel Authority**
Legal Department
Robert Moses Bldg
Randalls Island
New York NY 10035

2

**New York State Department of Transportation**
Legal Department
50 Wolf Road, 6th Floor
Albany, NY 12232

**New York City Department of Transportation**
Attn: Legal Affairs
55 Water Street, 9th Floor
New York, NY 10041

3