# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MULGREW, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> *Defendants*. | No. 1:24-CV-00081-DG-JAM |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants the Metropolitan Transportation Authority[1] and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: January 29, 2024
      New York, New York

 

/s/ Roberta A. Kaplan
Roberta A. Kaplan
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

---

[1] Based on the complaint, it appears that Plaintiffs intended to name as a defendant the Metropolitan Transportation Authority, instead of the erroneously-named "Metropolitan Transit Authority."

## CERTIFICATE OF SERVICE

I, Roberta A. Kaplan, hereby certify that:

On January 29, 2024, I caused a copy of the attached Notice of Appearance to be served on the following parties via USPS mail:

Alan M. Klinger
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036

United States Dep't of Transportation
Attn: Office of the General Counsel
1200 New Jersey Ave, SE
Room W92-312
Washington, DC 20590

Federal Highway Administration
Attn: Office of the Chief Counsel
Southeast Federal Center Building
1200 New Jersey Ave., SE
Room E82-330
Washington, DC 20590

Shailen Bhatt
Administrator of the FHA
Federal Highway Administration
Southeast Federal Center Building
1200 New Jersey Ave., SE
Room E87-314
Washington, DC 20590

Richard J. Marquis
Division Administrator of the NY Division
Federal Highway Administration
New York Division Office
Leo W. O'Brien Federal Building
Room 719
11A Clinton Ave.
Albany, NY 12207

New York State Dep't of Transportation
Main Office
Legal Department
50 Wolf Road
6th Floor
Albany, NY 12232

New York City Dep't of Transportation
Attn: Legal Affairs
55 Water Street
9th Floor
New York, NY 10041

Dated: January 29, 2024
      New York, New York

/s/ *Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*