UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MICHAEL MULGREW, AS PRESIDENT OF THE UNITED FEDERATION OF TEACHERS, LOCAL 2, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, VITO J. FOSSELLA, INDIVIDUALLY AND IN HIS CAPACITY AS STATEN ISLAND BOROUGH PRESIDENT, PAUL CAMINITI, TROY MCGHIE, MARTHA MAZIER, CARLY BIANCHINI, HANNAH CHOI, FRANK GARCIA, LINDSEY LAMPF,

                              Plaintiffs,

            - against -

UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, IN HIS OFFICIAL CAPACITY AS ADMINISTRATION OF THE FEDERAL HIGHWAY ADMINISTRATION, RICHARD J. MARQUIS, IN HIS OFFICIAL CAPACITY AS DIVISION ADMINISTRATOR OF THE NEW YORK DIVISION OF THE FEDERAL HIGHWAY ADMINISTRATION, THE METROPOLITAN TRANSIT AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

1:24-cv-00081-DG-JAM

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of the undersigned, as attorney to be noticed, on behalf of Defendant, the New York City Department of Transportation, in the above-titled action.

Dated: New York, New York
February 6, 2024

**SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York

_____
Christian C. Harned
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-1676
chharned@law.nyc.gov

*Attorneys for Defendant the New York City Department of Transportation*