UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL MULGREW, as President of the UNITED FEDERATION OF TEACHERS, Local 2, American Federation of Teachers, AFL-CIO, VITO J. FOSSELLA, individually and as Staten Island Borough President, THE A. PHILIP RANDOLPH INSTITUTE, THE COALITION OF BLACK TRADE UNIONISTS, THE LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, JESSICA SCARCELLA-SPANTON, individually and as New York State Senator, DAVID WEPRIN, individually and as New York State Assemblyman, DAVID CARR, individually and as New York City Council Member, NICOLE MALLIOTAKIS, individually and as United States Congresswoman, JOSEPH BORELLI, individually and as New York City Council Member, JAMES SKOUFIS, individually and as New York State Senator, ROB ROLISON, individually and as New York State Senator, AILEEN GUNTHER, individually and as New York State Assemblywoman, CHRISTOPHER EACHUS, individually and as New York State Assemblyman, KARL BRABENEC, individually and as New York State Assemblyman, BRIAN MAHER, individually and as New York State Assemblyman, MICHAEL REILLY, individually and as New York State Assemblyman, MICHAEL TANNOUSIS, individually and as New York State Assemblyman, KAMILLAH HANKS, individually and as New York City Councilmember, JAIME WILLIAMS, individually and as New York State Assemblywoman, ANDREW J. LANZA, individually and as New York State Senator, IWEN CHU, individually and as New York State Senator, MONICA MARTINEZ, individually and as New York State Senator, CLIFF HAGEN, TROY McGHIE, MARTHA MAZIER, PAUL CAMINITI, CARLY BIANCHINI, HANNAH CHOI, FRANK GARCIA, LINDSEY LAMPF,

                             Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal

**NOTICE OF APPEARANCE**

Civil Action No. 24-cv-81

(Gujarati, J.)
(Marutollo, M.J.)

Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the METROPOLITAN TRANSIT AUTHORITY, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, the NEW YORK STATE DEPARTMENT OF TRANSPORTATION, the NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

                          Defendants.
-------------------------------------------------------------------x

To the Clerk of the Court and all parties of record:

Please enter the appearance of Gregory M. Cumming as counsel for Defendants the U.S. Department of Transportation, the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA (collectively the "Federal Defendants").

Service of all papers by U.S. Mail should be addressed as follows:

        Gregory M. Cumming Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 305-0457
        gregory.cumming@usdoj.gov

Overnight and hand deliveries should be addressed to:

        Gregory M. Cumming Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St., N.E., Room 3.139
        Washington, D.C. 20002

Respectfully submitted this 8th day of February, 2024,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice

       Environment & Natural Resources Division

       */s/ Gregory M. Cumming*
       Gregory M. Cumming (D.C. Bar No. 1018173)
       United States Department of Justice
       Environment & Natural Resources Division
       Natural Resources Section
       150 M St., N.E.
       Washington, D.C. 20002
       (202) 305-0457 (phone)
       (202) 598-0414 (cell)
       gregory.cumming@usdoj.gov

       *Counsel for Federal Defendants*