AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Mulgrew, et al.<br>*Plaintiff*<br>v.<br>United States Department of Transportation, et al.<br>*Defendant* | ) <br> ) <br> )  Case No.  1:24-cv-00081-DG-JAM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant New York State Department of Transportation.

Date:   02/08/2024

*A+G.RL*
*Attorney's signature*

Andrew G. Frank AF-8047
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, NY  10005

*Address*

andrew.frank@ag.ny.gov
*E-mail address*

(212) 416-8271
*Telephone number*

(212) 416-6007
*FAX number*

# CERTIFICATE OF SERVICE

I, Andrew G. Frank, hereby certify that, on February 8, 2024, I caused a copy of the attached Appearance of Counsel of Andrew G. Frank to be filed with the Clerk of the U.S. District Court for the Eastern District of New York using the Court's CM/ECF system, and thus that service will be accomplished through notice sent by the CM/ECF system to counsel of record for all parties.

Dated: February 8, 2024
New York, New York

                                           */s/ Andrew G. Frank*
Andrew G. Frank
Assistant Attorney General
New York State Attorney General's Office
Environmental Protection Bureau
28 Liberty Street
New York, New York  10005
Telephone:  (212) 416-8271
E-mail:  andrew.frank@ag.ny.gov