UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MICHAEL MULGREW, as President of the UNITED FEDERATION OF TEACHERS, Local 2, American Federation of Teachers, AFL-CIO, VITO J. FOSSELLA, individually and as Staten Island Borough President, THE A. PHILIP RANDOLPH INSTITUTE, THE COALITION OF BLACK TRADE UNIONISTS, THE LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, JESSICA SCARCELLA-SPANTON, individually and as New York State Senator, DAVID WEPRIN, individually and as New York State Assemblyman, DAVID CARR, individually and as New York City Council Member, NICOLE MALLIOTAKIS, individually and as United States Congresswoman, JOSEPH BORELLI, individually and as New York City Council Member, JAMES SKOUFIS, individually and as New York State Senator, ROB ROLISON, individually and as New York State Senator, AILEEN GUNTHER, individually and as New York State Assemblywoman, CHRISTOPHER EACHUS, individually and as New York State Assemblyman, KARL BRABENEC, individually and as New York State Assemblyman, BRIAN MAHER, individually and as New York State Assemblyman, MICHAEL REILLY, individually and as New York State Assemblyman, MICHAEL TANNOUSIS, individually and as New York State Assemblyman, KAMILLAH HANKS, individually and as New York City Councilmember, JAIME WILLIAMS, individually and as New York State Assemblywoman, ANDREW J. LANZA, individually and as New York State Senator, IWEN CHU, individually and as New York State Senator, MONICA MARTINEZ, individually and as New York State Senator, CLIFF HAGEN, TROY McGHIE, MARTHA MAZIER, PAUL CAMINITI, CARLY BIANCHINI, HANNAH CHOI, FRANK GARCIA, LINDSEY LAMPF,

        Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in

NOTICE OF APPEARANCE

Civil Action No.
24-cv-81

(Gujarati, J.)
(Marutollo, M.J.)

1

his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the METROPOLITAN TRANSIT AUTHORITY, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, the NEW YORK STATE DEPARTMENT OF TRANSPORTATION, the NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

Defendants.

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, MATTHEW SILVERMAN, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel for Defendants UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration (collectively, the "Federal Defendants") in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
February 8, 2024

BREON PEACE
United States Attorney
Eastern District of New York
*Counsel for the Federal Defendants*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:   /s/ Matthew Silverman
MATTHEW SILVERMAN
Assistant United States Attorney
(718) 254-6409
matthew.silverman@usdoj.gov

cc:   All Counsel (by ECF)

2