# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Mulgrew, as President of the United Federation Of Teachers, Local 2, American Federation of Teachers, Afl-Cio, Vito J. Fossella, individually and in his capacity as Staten Island Borough President, Paul Caminiti, Troy Mcghie, Martha Mazier, Carly Bianchini, Hannah Choi, Frank Garcia, Lindsey Lampf, <br><br> *Plaintiff(s)* <br> v. <br> United States Department Of Transportation, Federal Highway Administration, Shailen Bhatt, in his official capacity as Administrator of the Federal Highway Administration, Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the Metropolitan Transit Authority, the Triborough Bridge And Tunnel Authority, the New York State Department Of Transportation, the New York City Department Of Transportation <br><br> *Defendant(s)* | Civil Action No.  1:24-cv-00081-DG-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Breon Peace
United States Attorney for the Eastern District of New York
c/o: Civil Process Clerk
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan M. Klinger
Dina Kolker
David Kahne
STEPTOE LLP
1114 Avenue of the Americas New York, New York 10036


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   1/10/2024

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00081-DG-JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Breon Peace, United States Attorney for the Eastern District Of New York was received by me on *(date)* 01/30/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed a copy of the Summons through Certified Mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/12/2024

_____
Server's signature

Carolyn Thomas
*Printed name and title*

1114 Avenue of the Americas New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Breon Peace
    United States Attorney for the Eastern District of New York
    c/o: Civil Process Clerk
    United States Attorney's Office
    271 Cadman Plaza East
    Brooklyn, NY 11201

9590 9402 8564 3186 3597 23

2. Article Number (Transfer from service label)

9589 0710 5270 1479 4377 69

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]                           ☐ Agent
                                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ured Mail
   ☐ ured Mail Restricted Delivery
       r $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt