# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Michael Mulgrew, as President of the United Federation Of Teachers, Local 2, American Federation of Teachers, Afl-Cio, Vito J. Fossella, individually and in his capacity as Staten Island Borough President, Paul Caminiti, Troy Mcghie, Martha Mazier, Carly Bianchini, Hannah Choi, Frank Garcia, Lindsey Lampf,<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States Department Of Transportation, Federal Highway Administration, Shailen Bhatt, in his official capacity as Administrator of the Federal Highway Administration, Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the Metropolitan Transit Authority, the Triborough Bridge And Tunnel Authority, the New York State Department Of Transportation, the New York City Department Of Transportation<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00081-DG-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney General of the United States
c/o: Assistant Attorney General for
Administration, Justice Management Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan M. Klinger
Dina Kolker
David Kahne
STEPTOE LLP
1114 Avenue of the Americas New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/10/2024

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*

Case 1:24-cv-00081-DG-JAM   Document 35   Filed 02/12/24   Page 2 of 3 PageID #: 191

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00081-DG-JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Attorney General of the United States
was received by me on *(date)*  01/30/2024  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the Summons through Certified Mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  02/12/2024

*Server's signature*

Carolyn Thomas
*Printed name and title*

1114 Avenue of the Americas New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>c/o: Assistant Attorney General for Administration, Justice Management Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>*[signature]* REJECTED 22<br>FEB 05 2024 |
| 9590 9402 8564 3186 3597 30 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>   d Mail<br>   d Mail Restricted Delivery<br>   500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1479 4377 76 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                Domestic Return Receipt